IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND BESSINGER,** *et al.*, | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **INDIAN VALLEY GREENES, INC.,** *et al.*, | : | **NO. 13-1501** |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of November, 2013, upon consideration of Defendants Kenneth Grosse, Jr.; Grosse Development Co.; Indian Valley Greenes, Inc.; Indian Valley Greenes, L.P.; Kenneth Grosse Development; and Kenneth Grosse Development Group's Motion to Dismiss (Docket No. 3), Defendant Grosse and Quade, Inc.'s Motion to Dismiss (Docket No. 17), Defendants C. Richard Quade, Jr.; and Quade Construction Co.'s Motion to Dismiss (Docket No. 23), Plaintiffs' Opposition thereto (Docket Nos. 14, 19, 27), and Defendants Kenneth Grosse, Jr.; Grosse Development Co.; Indian Valley Greenes, Inc.; Indian Valley Greenes, L.P.; Kenneth Grosse Development; and Kenneth Grosse Development Group's Reply (Docket No. 19), and following oral argument on October 16, 2013, it is hereby **ORDERED** that the Motions (Docket Nos. 3, 17, 23) are **GRANTED**. Plaintiffs' Complaint is **DISMISSED** without prejudice. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge